UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL MENDOZA, | ) | 1:05-CV-0456 AWI WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| WARDEN J. SOLIS, | ) | (DOCUMENT #14) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 22, 2006, petitioner filed a second motion to extend time to file an opposition to the motion to dismiss filed by respondent.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his reply.

IT IS SO ORDERED.

**Dated:   October 10, 2006**          **/s/  William M. Wunderlich**
j14hj0                                     UNITED STATES MAGISTRATE JUDGE