# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MENDOZA,<br><br>             **Plaintiff**,<br>   v.<br><br>WARDEN J. SOLIS,<br><br>             **Defendant.** | CIV F 05-456 AWI WMW HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND REFERRING MATTER TO MAGISTRATE JUDGE |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On February 12, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition for writ of habeas corpus for failure to exhaust state remedies be DENIED. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) court days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 12, 2007, is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss is DENIED;
3. Respondent is to respond to the petition on the merits not later than thirty (30) days after service of this order; and
4. This action is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   March 21, 2007**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2