1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11

DANIEL MENDOZA,                          CV F 05-0456 AWI WMW HC

12
                        Petitioner,      ORDER   ADOPTING   FINDINGS   AND
13                                       RECOMMENDATIONS  RE  PETITION  FOR
                                         WRIT OF HABEAS CORPUS
14        v.
                                         [Doc. 23]
15
WARDEN J. SOLIS,
16
                        Respondent.
17   _____/

18
           Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C.
19
     Section 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §
20
     636(b)(1)(B) and Local Rule 72-302.
21
           On April 29, 2008, the Magistrate Judge filed findings and recommendations herein.  These
22
     findings and recommendations were served on the parties and contained notice to the parties that any
23
     objections to the findings and recommendations were to be filed within thirty days.  Neither party filed
24
     objections.
25
           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo
26
     review of this case.    See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
27
      Having carefully reviewed the entire file, the court finds the findings and recommendations to be
28

1   supported by the record and by proper analysis.

2          Petitioner may seek to appeal from the judgment of the court in this case.  Petitioner cannot

3   proceed on such an appeal absent a certificate of appealability.  The controlling statute, 28 U.S.C. §

4   2253, provides as follows:

5          (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the
       final order shall be subject to review, on appeal, by the court of appeals for the circuit in which
6      the proceeding is held.
       (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a
7      warrant to remove to another district or place for commitment or trial a person charged with a
       criminal offense against the United States, or to test the validity of such person's detention
8      pending removal proceedings.
       (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be
9      taken to the court of appeals from--
       (A) the final order in a habeas corpus proceeding in which the detention complained of arises out
10     of process issued by a State court;  or
       (B) the final order in a proceeding under section 2255.
11     (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made
       a substantial showing of the denial of a constitutional right.
12     (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or
       issues satisfy the showing required by paragraph (2).

13

14         In the present case, the court finds no denial of a constitutional right.  Accordingly, a  certificate

15  of appealability will be denied.

16

17         Based on the foregoing, it is HEREBY ORDERED  that:

18  1.     The findings and recommendations issued by the Magistrate Judge on

19         April 29,  2008, are a adopted in full;

20  2.     The petition for writ of habeas corpus is denied;

21  3.     A certificate of appealability is denied;

22  3.      The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.

23

24  IT IS SO ORDERED.

25  **Dated:    June 16, 2008**              _____/s/ Anthony W. Ishii_____
                                          UNITED STATES DISTRICT JUDGE
26

27

28